FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT - 1 2025

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| v. | § | No. 1:25CR 84 |
| | § | Judge |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | § | |
| JUAN GONZALEZ (2) | § | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
(Conspiracy to Possess with the Intent to
Distribute "Actual" Methamphetamine)

From in or about January, 2024, to on or about October 24, 2024, in the Eastern District of Texas and elsewhere, ▓▓▓▓▓▓▓▓▓▓▓▓ **Juan Gonzalez (2)**, and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the defendants, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and distribute, a Schedule II controlled substance, namely: fifty (50) grams or more of "actual" methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. § 846.

Indictment
Page 1

## Count Two

Violation: 21 U.S.C. § 841(a)(1)
(Possession of a Controlled Substance
with Intent to Distribute and
Distribution)

That on or about February 14, 2024, in the Eastern District of Texas,  defendant, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, a Schedule II controlled substance, namely: fifty (50) grams or more of "actual" methamphetamine.

In violation of 21 U.S.C. § 841(a)(1).

## Count Three

Violation: 21 U.S.C. § 841(a)(1)
(Possession of a Controlled Substance
with Intent to Distribute and
Distribution)

That on or about April 10, 2024, in the Eastern District of Texas,  defendant, did knowingly and intentionally possess with intent to distribute, and distribute, a Schedule II controlled substance, namely: fifty (50) grams or more of "actual" methamphetamine.

In violation of 21 U.S.C. § 841(a)(1).

## Count Four

Violation: 21 U.S.C. § 841(a)(1)
(Possession of a Controlled Substance
with Intent to Distribute and
Distribution)

That on or about July 25, 2024, in the Eastern District of Texas, and  defendants, aiding and abetting one

Indictment
Page 2

another, did knowingly and intentionally possess with intent to distribute, and distribute, a Schedule II controlled substance, namely: fifty (50) grams or more of "actual" methamphetamine.

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

1. The allegations contained in Counts One through Four of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of the controlled substance offenses alleged in Counts One through Four of the indictment, the defendants, ▮▮▮▮▮▮▮ **Juan Gonzalez (2)**, and ▮▮▮▮▮▮▮ shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

### MONEY JUDGMENT

i. A sum of money equal to one hundred six thousand dollars ($106,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Four of the indictment. Each defendant is individually liable for the approximate amounts shown below:

Indictment
Page 3

    a) Based on ███████████ involvement, he is personally liable for $92,000.00 in United States currency.

    b) Based on **Juan Gonzalez**'s involvement, he is personally liable for $2,000.00 in United States currency.

    c) Based on ███████████ involvement, he is personally liable for $12,000.00 in United States currency.

### FIREARMS

ii. The following firearms, used or intended to be used in support of the violations contained within Counts One through Three of the indictment:

    a) one Smith & Wesson, semi-automatic 9mm pistol, Model SD9VE, bearing serial number FXS2900, and all associated ammunition, magazines, and parts;

    b) one Ruger, .22 rifle, bearing serial number 223-22014, and all associated ammunition, magazines, and parts; and

    c) one Century Arms, 7.62 x 39 mm semi-automatic rifle, Model Draco, bearing serial number PMD37450, and all associated ammunition, magazines, and parts.

### SUBSTITUTE ASSETS

iii. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

3. By virtue of the commission of the felony offenses charged in this indictment by the Defendants, any and all interest the defendants have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

_____
JONATHAN LEE
Assistant United States Attorney

October 1, 2025
DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | FILED UNDER SEAL |
| v. | § § | No. 1:25CR 84 |
| ▮▮▮▮▮▮▮▮▮▮▮ | § | Judge |
| JUAN GONZALEZ (2) | § § | |
| ▮▮▮▮▮▮▮▮▮▮▮ | § | |

## NOTICE OF PENALTY

### Counts One, Two, Three, and Four

Violation:      21 U.S.C. §§ 846 and 841(a)(1) ("actual" methamphetamine)

Penalty:      If 50 grams or more of methamphetamine (actual) – imprisonment for not less than ten (10) years nor more than life, a fine not to exceed $10,000,000.00, or both imprisonment and a fine, and a term of supervised release of not less than five (5) years;

     If 5 grams or more of methamphetamine (actual) — imprisonment of not less than five (5) years, but not more than forty (40) years, a fine not to exceed $5,000,000.00 (or twice any pecuniary gain to the defendant or loss to any victim), or both imprisonment and a fine, and supervised release of at least four (4) years;

     If less than 5 grams of methamphetamine (actual) — imprisonment of not more than twenty (20) years, a fine not to exceed $1,000,000.00 (or twice any pecuniary gain to the defendant or loss to any victim), or both imprisonment and a fine, and supervised release of at least three (3) years.

Special Assessment: $ 100.00

Notice of Penalty
Page 1